ADAMS-MILLIS CORPORATION v. TOWN OF KERNERS-VILLE

No. 71 PC.

Case below:  6 N.C. App. 78.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 December 1969.

BRITT v. SMITH

No. 73 PC.

Case below:  6 N.C. App. 117.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 November 1969.

CHEMICAL CO. v. PLASTICS CORP.

No. 80 PC.

Case below:  6 N.C. App. 439.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 December 1969.

CURRY v. STALEY

No. 72 PC.

Case below:  6 N.C. App. 165.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 November 1969.

HILL v. SHANKS

No. 81 PC.

Case below:  6 N.C. App. 255.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 December 1969.

HODGE v. FIRST ATLANTIC CORP.

No. 85 PC.

Case below:  6 N.C. App. 353.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 December 1969.

HUFFINES v. WESTMORELAND

No. 68 PC.

Case below:  6 N.C. App. 142.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 November 1969.